IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

MATHEW BRIDGER,

    Plaintiff,

v.                                                                          CIV No. 19-0358 KG/JFR

LIBERTY LIFE ASSURANCE
COMPANY OF BOSTON,

    Defendant.

## ORDER

The Court having reviewed the parties' Stipulation of Dismissal with Prejudice, and good cause appearing therefore,

IT IS HEREBY ORDERED that all claims in the above-styled action shall be and the same hereby are dismissed with prejudice, each party bearing his or its owns costs, attorneys' fees and expenses of litigation.

_____
UNITED STATES DISTRICT JUDGE